Mel M. MARIN, Appellant

v.

SECRETARY OF THE COMMONWEALTH of Pennsylvania; Department of Community Development, Office of Open Records; Terry Mutchler, Executive Director of the Office of Open Records, and The Secretary of State Bureau of Commissions, Elections and Legislation, Appellees.

Supreme Court of Pennsylvania.

Feb. 19, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of February, 2013, the Order of the Commonwealth Court is **AFFIRMED.**